Jerome Anthony Clay, Jr., Esq., SBN 327175
LAW OFFICES OF JEROME A. CLAY
5250 Claremont Avenue, Suite 221
Stockton, California 95207

Telephone:   (209) 603-9852
Facsimile:   (510) 280-2841
E-mail:      Jclay7@claylaw.net

*Attorney(s) for Plaintiff(s)*: Maria Rosas

[*Additional counsel information on the following page*]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARIA ROSAS,<br><br>　　　　　　Plaintiff(s),<br><br>　VS.<br><br>NFI INDUSTRIES, AKA NATIONAL DISTRIBUTION CENTERS LLC; and DOES 1 through 50, Inclusive,<br><br>　　　　　　Defendant(s). | Case No.: 2:21−CV−00046−WBS−CKD<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>_____<br><br>Complaint Filed:　November 25, 2020<br>Trial Date:　　　　August 9, 2022<br>District Judge:　　Hon. William B. Shubb<br>Magistrate Judge:　Hon. Carolyn K. Delaney |

LISA C. HAMASAKI, CA Bar No. 197628
lisa.hamasaki@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

CHRISTIAN KEENEY, CA Bar No. 269533
christian.keeney@ogletree.com
ROBERT VORHEES, CA Bar No. 297936
robert.vorhees@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

*Attorney(s) for* Defendant(s) National Distribution Centers, LLC (erroneously sued as NFI Industries, aka National Distribution Centers LLC)

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: December 15, 2021   LAW OFFICES OF JEROME A. CLAY

By: __/s/ Jerome Anthony Clay, Jr.__
Jerome Anthony Clay, Jr.
*Attorney for Plaintiff(s):* Maria Rosas

DATED: December 15, 2021   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: __/s/ Robert Vorhees__
Robert Vorhees, Esq.
*Attorney for Defendant(s):* National Distribution Centers, LLC (erroneously sued as NFI Industries, aka National Distribution Centers LLC)

# ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The entire action, including all claims and counterclaims against all parties are hereby dismissed with prejudice. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

Dated:  December 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA          )
                             ) ss
COUNTY OF SAN JOAQUIN        )

I am resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5250 Claremont Avenue, Suite 221, Stockton, California 95207. I have first-hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

I hereby certify that on December 15, 2021, I electronically filed with the Clerk of the Court the following documents(s):

- **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

using the CM/ECF system. The CM/EFC system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

*Attorney(s) for Defendant(s)*:

- National Distribution Centers LLC (erroneously sued as NFI Industries, aka National Distribution Centers LLC)

    **Lisa C. Hamasaki, Esq.** - lisa.hamasaki@ogletree.com
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    One Embarcadero Center, Suite 900
    San Francisco, CA 94111

    **Christian Keeney, Esq.** - christian.keeney@ogletree.com
    **Robert Vorhees, Esq.** - robert.vorhees@ogletree.com
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    Park Tower, Fifteenth Floor
    695 Town Center Drive
    Costa Mesa, CA 92626

I declare under penalty of perjury under the laws of state of California that the above is true and correct.

Executed on December 15th, 2021 at Stockton, California

By: ____***/s/ Jerome Anthony Clay, Jr.***_____
Jerome Anthony Clay, Jr.

Case No. 2:21-CV-00046-WBS-CKD         5
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE